PROB 12C
(6/16)

# United States District Court

## for the

## Eastern District of Washington

Report Date: September 20, 2017

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 20, 2017

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Guadalupe Garcia-Valencia          Case Number: 0980 2:13CR02129-FVS-1

Address of Offender:                    Selah, Washington 98942

Name of Sentencing Judicial Officer: The Honorable Michale R. Hogan, United States District Judge
Name of Supervising Judicial Officer: The Honorable Fred Van Sickle, Senior United States District Judge

Date of Original Sentence: March 22, 2011

Original Offense:        Ct. 1: Manufacture Marijuana Plants, 21 U.S.C. § 841(a)(1); and Ct. 2: Depredation of Government Property, 18 U.S.C. § 1361

Original Sentence:       Prison - 28 months; TSR - 60 months            Type of Supervision: Supervised Release

Asst. U.S. Attorney:     Thomas J. Hanlon            Date Supervision Commenced: May 31, 2013

Defense Attorney:        TBD                         Date Supervision Expires: May 30, 2018

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition** : If this judgment imposes a fine or restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payment set fourth in the Criminal Monetary Penalties section of this judgment.<br><br>**Supporting Evidence**: Mr. Garcia-Valencia met with Deputy Chief U.S. Probation Officer (USPO) Rebecca M. Nichols on June 3, 2013, and with Supervisory U.S. Probation Officer Jose Vargas on June 11, 2013, and reviewed and signed the conditions of supervised release established in the Judgment and Sentence.<br><br>This officer met with Mr. Garcia-Valencia on September 7, 2017, at his residence. He agreed to come to the office the following day, September 8, 2017, and make a payment of $200 or $150 toward his restitution amount; however, the offender has yet to come to the office to remit payment. According to Court records in the District of Oregon where his restitution is owed, it shows his last restitution payment of $100 was made on July 27, 2016. |

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 20, 2017

s/Stephen Krous

Stephen Krous
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[X]  The Issuance of a Summons
[ ]  Other

*Fred Van Sickle*

Signature of Judicial Officer

September 20, 2017
Date